IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICKY A. MILLER,

**Plaintiff,**

v.

**JOHN E. POTTER, Postmaster General,**

**Defendant.**                                                              No. 09-12-DRH

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is Plaintiff and Defendant's Stipulation of Dismissal (Doc. 16). Specifically, the parties move to dismiss without prejudice, with each party to bear their respective costs, the above-captioned case pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES without prejudice**, the parties to bear their respective costs, Plaintiff Ricky A. Miller's cause of action against Defendant John E. Potter, Postmaster General. The Court will close the file.

      **IT IS SO ORDERED.**

      Signed this 20th day of October, 2009.

/s/     David R Herndon
**Chief Judge**
**United States District Court**